UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| KAINON EDWARDS | CIVIL ACTION NO. |
| --- | --- |
| VERSUS | SECTION "" |
| SOUTHERN ROUTE MARITIME SA AND SYNERGY MARITIME PVT LTD. | MAGISTRATE |

## COMPLAINT

Plaintiff, Kainon Edwards, with respect alleges as follows:

I.

Plaintiff, Kainon Edwards, is a person of the full age of majority and a resident of and domiciled in the Parish of St. John the Baptist, State of Louisiana.

II.

Jurisdiction is predicated here on 28 U.S.C. § 1331 as a relevant federal statute, 28 U.S.C. § 1333 as this matter involves the admiralty or maritime jurisdiction of this Court and 33 U.S.C. § 905(b) as plaintiff was a longshore and harbor worker at the time of the incident made subject of this matter. This matter also arises under the Admiralty Extension Act, 46 U.S.C. § 30101, and pendant jurisdiction under the laws of the State of Louisiana. Plaintiff also requests that this matter be heard pursuant to Federal Rule of Civil Procedure 9(h).

III.

Venue is properly placed in the United States District Court for the Eastern District of Louisiana as the incident made subject of this matter occurred in the Parish of St. John the Baptist, State of Louisiana.

1

IV.

That defendants, Southern Route Maritime SA and Synergy Maritime PVT Ltd., are foreign corporations upon information and belief domiciled at 5A Doshi Towers, 205 Poonamalle High Road, Chennai, 6000010, India, and may be served through their attorney: Robert Barbier, Phelps, Dunbar, L.L.C., Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130-6534.

V.

Plaintiff shows that defendants, Southern Route Maritime SA and Synergy Maritime PVT Ltd., owned and/or managed the M/V GOLDEN SAKURA and provisioned, managed and provided the crew for the M/V GOLDEN SAKURA on February 8, 2010.

VI.

That at all material times hereto, the defendants, Southern Route Maritime SA and Synergy Maritime PVT Ltd. were the owners, operators and suppliers of the M/V GOLDEN SAKURA and retained full custody and control over the M/V GOLDEN SAKURA on February 8, 2010 which was docked on the Mississippi River at the Archer-Daniels-Midland Dock in Reserve, Louisiana, in the Parish of St. John the Baptist.

VII.

That at all relevant times hereto, plaintiff, Kainon Edwards, was an employee of Degesch America, Inc., a foreign corporation authorized to do and doing business in the Parish of St. John the Baptist, State of Louisiana.

VIII.

That on or about February 8, 2010 Kainon Edwards was an employee of Degesch America, Inc., at the Archer-Daniels-Midland (ADM) Dock on the bank of the Mississippi

River in St. John Parish, Louisiana, and was going aboard the M/V GOLDEN SAKURA by gangway to fumigate the vessel for roaches, rodents and other types of pests. The gangway had been attached to the ADM Dock on the eastbank of the river and to M/V GOLDEN SAKURA on the riverside. The gangway was set up on the top rail of the M/V GOLDEN SAKURA. As plaintiff, along with other members of his crew, began to cross the gangway, carrying a box of fumigant weighing 40-50 pounds, the rail of the M/V GOLDEN SAKURA gave way/broke causing the gangway to fall sideways. Plaintiff, Kainon Edwards then dropped onto the concrete below.

IX.

Plaintiff, Kainon Edwards shows that defendants, Southern Route Maritime SA and Synergy Maritime PVT Ltd., and their agents, employees and assigns were negligent in the setting up of the gangway on the top rail of the M/V GOLDEN SAKURA.

X.

Plaintiff contends that the defendants were negligent in the setting up of the gangway, by failing to provide means of proper ingress and egress to and from the vessel, by failing to properly secure the gangway, by placing the gangway on an area of the ship which was not designated to support the gangway and/or the rail upon which the gangway was placed was defective. The rail upon which the gangway was placed actually broke causing the gangway to fall sideways. Plaintiff, Kainon Edwards then dropped onto the concrete below.

XI.

That as a result of the aforesaid accident, Kainon Edwards has sustained injuries to his neck, back, right calf, head, body and mind.

XII.

That as a result of the aforementioned injuries suffered by Kainon Edwards, plaintiff is entitled to recover from defendants the damages that are reasonable in the premises, including but not limited to past and future mental anguish and physical suffering, past and future expenses for medical care, expense for transportation to and from health care providers, past and future loss of earnings and impaired earning capacity, and loss of enjoyment of life.

XIII.

That the actions and/or inactions of the defendants constitutes a tort under the general maritime law, 28 U.S.C. § 1333, 33 U.S.C. § 905(b), the Admiralty Extension Act, 46 U.S.C. § 30101 and any and all other applicable laws including the pendant Law of Louisiana. Plaintiff makes his claim in admiralty and under Federal Rule of Civil Procedure 9(h).

XIV.

That defendants Southern Route Maritime SA and Synergy Maritime PVT Ltd. are also liable under LSA-C.C.P. Articles 2315, 2317.1 and 2320 and for all other acts of fault that will be shown at the trial of this matter.

XV.

That as a result of the fault/negligence of defendants, Southern Route Maritime SA and/or Synergy Maritime PVT Ltd., plaintiff, Kainon Edwards should be adequately compensated for all of his damages sustained in connection with the incident at issue herein.

XVI.

That as a result of the aforesaid incident, plaintiff, Kainon Edwards has sustained injuries to his body and mind which entitles him to recover as follows:

| | | |
|---|---|---|
| 1. | Past and future mental anguish and physical suffering | $500,000.00 |
| 2. | Past and future expenses for medical care | $500,000.00 |
| 3. | Loss of enjoyment of life | $250,000.00 |
| 4. | Past and future loss of earnings and/or loss of earning capacity | $500,000.00 |
| 5. | Mileage expense for transportation to and from healthcare providers | $7,000.00 |

All of which entitles plaintiff, Kainon Edwards, to recover damages totaling at least $1,757,000.00.

XVII.

WHEREFORE, plaintiff, Kainon Edwards prays for judgment in his favor and against the defendants, Southern Route Maritime SA and Synergy Maritime PVT Ltd., jointly and/or *in solido*, in the full sum of $1,757,000.00 together with legal interest from the date of the accident or alternatively from the date of judgment for all costs of these proceedings and for all damages as are reasonable in the premises. Plaintiff also requests that this matter be heard pursuant to Federal Rule of Civil Procedure 9(h).

RESPECTFULLY SUBMITTED:
GLENN LIEBERMAN
MORRIS BART, L.L.C.
909 POYDRAS STREET, 20TH FLOOR
NEW ORLEANS, LA 70112
TELEPHONE: 504-599-3225
FACSIMILE 877-545-3497
E-MAIL: glieberman@morrisbart.com

/s/ Glenn Lieberman
GLENN LIEBERMAN, NO. 19442
ATTORNEY FOR PLAINTIFF,
KAINON EDWARDS

**PLEASE SERVE:**

1. Southern Route Maritime SA
   Through its attorney of record:
   Robert J. Barbier
   Phelps Dunbar, L.L.C.
   Canal Place
   365 Canal Street, Suite 2000
   New Orleans, Louisiana   70130-6534

2. Synergy Maritime PVT Ltd.
   Through its attorney of record:
   Robert J. Barbier
   Phelps Dunbar, L.L.C.
   Canal Place
   365 Canal Street, Suite 2000
   New Orleans, Louisiana   70130-6534